**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JACKIE IRWIN, Individually and on Behalf of Others Similarly Situated, Plaintiffs,** | § § § § | **CIVIL ACTION NO.** |
| **v.** | § § § | |
| **WHITE CASTLE ROSE, LLC, and BOBBY McCONAL, Individually And in His Official Capacity, Defendants.** | § § § § | **5:16-cv-525-OLG** |

---

**PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN**

---

Pursuant to 29 U.S.C. § 216(b), Plaintiff hereby files the attached Consent to Become a Party Plaintiff in this lawsuit for Rodolfo Perez

A true and correct copy of Perez's Executed Consent is attached hereto as "Exhibit A".

Respectfully submitted,

LAW OFFICE OF GLENN D. LEVY

By: */s/Glenn D. Levy*

GLENN D. LEVY
Texas State Bar No. 12264925
Law Office of Glenn D. Levy
906 West Basse Road | Suite 100
San Antonio, Texas 78212
Telephone: (210) 822-5666
Facsimile: (210) 822-5650

## CERTIFICATE OF SERVICE

I hereby certify that on this day the forgoing document was properly served on all counsel of record via the Court's CM/ECF electronic filing and notification system.

*/s/Glenn D. Levy*

GLENN D. LEVY
Texas State Bar No. 12264925
Law Office of Glenn D. Levy
906 West Basse Road | Suite 100
San Antonio, Texas 78212
Telephone: (210) 822-5666
Facsimile: (210) 822-5650

# “EXHIBIT A”

(Consent to Become a Party Plaintiff for Rodolfo Perez)

# NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the overtime lawsuit in which this consent is filed.

Rodolfo Perez
Signature

7-15-16
Date

Rodolfo Pérez
Printed Name